UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KERRI SLOMCENSKI, et al.,**

    **Plaintiffs,**

v.                                    Case No. 8:09-cv-1732-T-30AEP

**CVC VETERINARY CENTERS, INC.,
WILLIAM PLANES, and REGINA PLANES,**

    **Defendants.**
_____/

## O R D E R

The Court has been advised via the Notice of Settlement as to All Parties Except Plaintiff Randall (Dkt. #49) and the Notice of Settlement as to Plaintiff Rosalyn Randall (Dkt. #73) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on February 6, 2012.

                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2009\09-cv-1732.dismiss 73.wpd